UNITED STATES of America,
Plaintiff—Appellee,

v.

Hector David QUEZADA–CRUZ,
Defendant—Appellant.

No. 03–10412.

D.C. No. CR–03–00056–KJD/LRL.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 12, 2004.*

Decided Jan. 16, 2004.

Robert A. Bork, Las Vegas, NV, for Plaintiff–Appellee.

Anne R. Traum, Las Vegas, NV, for Defendant–Appellant.

Before BEEZER, HALL and SILVERMAN, Circuit Judges.

MEMORANDUM**

Hector David Quezada–Cruz appeals the sentence imposed following his guilty plea

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

to unlawful reentry of a deported alien in violation of 8 U.S.C. § 1326. Quezada–Cruz concedes that Ninth Circuit precedent forecloses his argument that imposition of a sentence longer than 8 U.S.C. § 1326(a)'s two-year statutory maximum based on a prior conviction neither alleged in the indictment nor admitted during the plea canvass violates due process under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). *United States v. Arellano–Rivera*, 244 F.3d 1119, 1126–27 (9th Cir.2001); *United States v. Pacheco–Zepeda*, 234 F.3d 411 (9th Cir.2000). Quezada–Cruz states that he presents the issue merely to preserve it should ensuing Supreme Court precedent alter the legal landscape.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.